UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LONETTA CARTER,

    Plaintiff,

v.

COMMUNITY MENTAL HEALTH,

    Defendant.
_____/

Case No. 1:25-cv-318

HON. JANE M. BECKERING

**MEMORANDUM OPINION AND ORDER**

This is a pro se action filed by Plaintiff, who has been permitted to proceed in forma pauperis (ECF No. 5). On April 8, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 1915(e)(2) on the grounds that the complaint fails to state a claim on which relief may be granted (ECF No. 6 at PageID.19). The matter is presently before the Court on Plaintiff's response to the Report and Recommendation (ECF No. 7). In accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court performs de novo consideration of those portions of the Report and Recommendation to which objections have been made. Plaintiff has not, however, "specifically identif[ied]" the portions of the Report and Reecommendation to which any objection is made, nor has Plaintiff articulated any objection. W.D. Mich. LCivR 72.3(b). Plaintiff's filing consists of twenty-eight pages of emails and letters without argument. Therefore, the Report and Recommendation is properly approved and adopted.

A Judgment will be entered consistent with this Opinion and Order. *See* Fed. R. Civ. P. 58. For the above reasons and because this action was filed *in forma pauperis,* this Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Judgment would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Accordingly:

**IT IS HEREBY ORDERED** that the Objections (ECF No. 7) are DENIED and the Report and Recommendation of the Magistrate Judge (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.

Dated:  July 24, 2025                                                    /s/ Jane M. Beckering
                                                             JANE M. BECKERING
                                                             United States District Judge